# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

GARY RUSSELL WILLIAMS

Case Number: 2:01-cr-75-FtM-29DNF

USM Number: 33400-018

Scott Moorey, CJA
1430 Royal Palm Square Blvd. Suite 101
Ft. Myers, Florida 33919

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five & Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014848-CF, Cocaine Trafficking 8 grams less than 150 kilograms of Cocaine or Mixture | February 1, 2007 |
| Two | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014854-CF, Resist an officer Flee Attempted to Elude Law Enforcement | February 7, 2007 |
| Three | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014854-CF, Narcotics Equipment, Possession and/or Use | February 7, 2007 |
| Four | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014854-CF, Cocaine, Possession with Intent to Sell, Manufacture, Deliver Scheduled II Substances | February 7, 2007 |
| Five | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014854-CF, Drug, Possession of a Controlled Substance without a Prescription | February 7, 2007 |
| Six | New criminal conduct occurring while on supervision: Lee County Circuit Court, Case No. 07-014854-CF, Drug, Possession with Intent to Sell, Manufacture, Deliver Steroids, Scheduled II Substance | February 7, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Date of Imposition of Sentence:

8/27/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

August __28__, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 Months**.

**The Court recommends to the Bureau of Prisons:**

    1. Incarceration in a facility close to family (Jesup, Georgia).

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                            UNITED STATES MARSHAL

                                            By:_____
                                                           Deputy U.S. Marshal

GARY RUSSELL WILLIAMS
2:01-cr-75-FtM-29DNF

Page 4 of 4

## SUPERVISED RELEASE

**Supervised Release is REVOKED and NOT REIMPOSED.**